**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01637-REB-MEH

BONNIE UNDERWOOD,

    Plaintiff,

v.

THOMAS F. FARRELL, PC d/b/a Farrell & Seldin,
MIDLAND CREDIT MANAGEMENT, INC., and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Dismissal Without Prejudice** [#5][1] filed August 29, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#5] filed August 29, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 30, 2011, at Denver, Colorado.

                                  **BY THE COURT:**

                                  Robert E. Blackburn
                                  United States District Judge

---

[1] "[#5]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.